Electronically Filed - CLAY - February 05, 2025 - 12:40 PM

**IN THE CIRCUIT COURT OF CLAY COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| DAISY REDMOND and<br>ANDREW REDMOND<br>812 Plumrose Drive<br>Liberty, MO 64068<br> Plaintiffs<br><br> v.<br><br>WAL-MART REAL ESTATE BUSINESS<br>TRUST<br> SERVE AT:<br> [address provided by<br> Mo. Sec. State]<br> 3200 Lusk Drive<br> Neosho, Missouri 64850-2028<br><br>WAL-MART STORES EAST LP<br> SERVE AT:<br> 702 SW 8th St<br> Bentonville, AR 72716<br><br>WAL-MART STORES, INC.<br>Parent Company of<br>WAL-MART STORES EAST, INC. d/b/a<br>Now known as Wal-Mart Stores East,<br>LLC,WALMART SUPERCENTER #234<br> SERVE AT:<br> REGISTERED AGENT:<br> C T CORPORATION SYSTEM<br> 5661 Telegraph Rd Ste 4B<br> Saint Louis, MO 63129-4275<br><br>WALMART INC. d/b/a<br>WALMART SUPERCENTER #234<br>[Mo. Secretary of State #F00148861<br>Wal-Mart Stores, Inc. (previous name)]<br> SERVE AT:<br> REGISTERED AGENT<br> CT CORPORATION SYSTEM<br> 5661 Telegraph Rd, Ste 4B<br> Saint Louis, MO 63129-4275 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Case No. |

WAL-MART STORES EAST I, LP )
f/k/a WAL-MART STORES, INC. )
d/b/a WALMART SUPERCENTER #234 )
 SERVE AT: )
 REGISTERED AGENT )
 C T CORPORATION SYSTEM )
 5661 Telegraph Rd Ste 4B )
 Saint Louis, MO 63129-4275 )
 )
 and )
 )
BRADLEY KEITH JOHNSON )
 SERVE AT: )
 6440 NW Forest Ct )
 Kansas City, MO 64152 )
 )
 Defendants )

## PETITION FOR DAMAGES

**COME NOW** plaintiffs, by counsel, and for their causes of action against defendants Wal-Mart, respectfully state the following as and for the applicable claims.

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiffs Andrew Redmond and Daisy Redmond are and were at all times mentioned herein residents of the State of Missouri, residing at the address referenced above.

2. The defendant corporations are and were at all relevant times herein corporations duly organized and existing at law and were registered to conduct business in the State of Missouri and in fact conducted business in Clay County, Missouri.

2

3.     On December 8, 2023, the defending party [Walmart Inc.] in the case of JOE WELLS v. WALMART INC., Case No.: 4:23-cv-00898 in the Western District of the United District Court for the State of Missouri, pleaded as follows within the aforementioned litigation --- all pertaining to the same Wal-Mart facility at issue in the current case:

> "Defendant states on March 25, 2022, Store #234 located at 8301 N Church Rd, Kansas City, MO 64158 was owned by **WalMart Real Estate Business Trust** and operated by **Wal-Mart Stores East, L.P.**"

> In trying to understand the current status of WalMart Real Estate Business Trust, the following information was discovered on Google as of December 27, 2024:

### LIEN HISTORY

| Year | Count |
|------|-------|
| 2024 | 16 |
| 2023 | 36 |
| 2022 | 30 |
| 2021 | 43 |

Walmart Real Estate Business Trust has had 16 liens filed on projects this year and 125 in recent years.

4.     More recently, the following documents were provided by the City of Kansas City, Missouri to plaintiffs' counsel herein pursuant to a Freedom of Information Act request specific to the Wal-Mart facility at issue in this case.

# KANSAS CITY, MISSOURI OFFICIAL RECORDS Re: Wal-Mart Store at 8301 N. Church Rd., Kansas City, Missouri

**From:** KCMO Public Records Center <kcmo@mycusthelp.net>
**Sent:** Monday, December 23, 2024 9:49 AM

3

**To:** John Kurtz <jkurtz@mokanlaw.com>
**Subject:** [Records Center] Public Records Request :: R015876-121924

--- Please respond above this line ---



CITY OF
KANSAS CITY,
MISSOURI

Good morning John Kurtz,

Per the city's Parcel Viewer, the owner of the property at 8301 N Church Rd is:

**Wal-Mart Real Estate Business Trust**
Store #01-234 Property Tax #0555
PO Box 8050 Ms 0555
Bentonville, AR 72712

Per the liquor license, the property owner is the same, but with a different address:

702 SW 8th St
Bentonville, AR 72716
Phone number 479-273-4000

Per CompassKC (City of Kansas City's Permitting), for the liquor and cigarette licenses, the owner of the business is the following:

**Wal-Mart Stores East LP**
702 SW 8th St
Bentonville, AR 72716
Phone Number:  470-204-2314

To monitor the progress or update this request please log into the Public Records Center



XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Electronically Filed - CLAY - February 05, 2025 - 12:40 PM

# KANSAS CITY, MISSOURI OFFICIAL RECORDS
# Re: City of Kansas City's Permitting
# For Wal-Mart Supercenter #234

[Records Center] Public Records Request :: R015876-121924



KCMO Public Records Center <kcmo@mycusthelp.net>
To  John Kurtz



Mon 12/23/2024 9:50 AM

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

--- Please respond above this line ---



Per CompassKC's records (City of Kansas City's Permitting), the name of the business is Wal-Mart Supercenter #234.

To monitor the progress or update this request please log into the Public Records Center

**From:** KCMO Public Records Center <kcmo@mycusthelp.net>
**Sent:** Monday, December 23, 2024 9:50 AM
**To:** John Kurtz <jkurtz@mokanlaw.com>
**Subject:** [Records Center] Public Records Request :: R015876-121924

--- Please respond above this line ---



CITY OF
KANSAS CITY,
MISSOURI

Per CompassKC's records (City of Kansas City's Permitting), the name of the business is Wal-Mart Supercenter #234.

To monitor the progress or update this request please log into the Public Records Center



5

5.     Walmart/Wal-Mart entities are huge in number---so much so that Walmart/Wal-Mart has often participated in extended litigation regarding the plaintiff's failure to name the precisely correct business/corporate entity.   In addition to the foregoing research into the records of the City of Kansas City, Missouri wherein the foregoing Walmart/Wal-Mart entries appear, the following additional disclosures were made within the following case that was filed in the United States District Court for the Western District of Missouri, dealing with the exact same store as the store involved in the Redmond situation:

**YVETTE BURKE, and, DANNY CRUMP, Plaintiffs,**
**v.**
**WAL-MART STORES EAST, INC.  d/b/a WALMART SUPERCENTER #234, Case No.: 4:20-cv-00152**

The pleadings in the Burke case (involving the same store as in this Redmond case) included the following entries:

**DEFENDANT WAL-MART STORES EAST, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**
"Defendant Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, appearing specially for the purpose of disputing jurisdiction, discloses the following:
1. Parent Companies of Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, now known as Wal-Mart Stores East, LLC: Wal-Mart Stores, Inc.        …
3. Any publicly held corporation that owns ten percent (10%) or more of Parent Companies of Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, n/k/a Wal-Mart Stores East, LLC: Wal-Mart Stores, Inc."

Then, next, when reference is made to Wal-Mart Stores, Inc., the following appears in the records of the Missouri Secretary of State:

**WALMART INC.** F00148861 Gen Business For Profit Good Standing  7/1/1971
CORPORATION  SYSTEM

WAL-MART STORES, INC. (previous name)

**WALMART INC.**

**Registered Agent:**  **C T CORPORATION SYSTEM**
**5661 Telegraph Rd Ste 4B**
**Saint Louis, MO 63129-4275**

6.      Bradley  Keith  Johnson  served as the manager of the store at issue and had overall responsibility for supervision and administration of the store at issue, including matters related to the safety of the customers who chose to do shopping therein.

7.      Venue is proper in Clay County, Missouri under R.S.Mo. 508.010 since Clay County is where the plaintiff Daisy Redmond was first injured by the acts and conduct alleged herein, and jurisdiction is proper in Clay County, Missouri --- where the Wal-Mart store at issue was and is located.

8.      On or about October 8, 2023, defendants (or some combination of them) owned and maintained the store located at 8301 N. Church Road, Kansas City, MO 64158 for the purpose of guests entering their store to shop.

9.      Defendants either individually or collectively at all relevant times were in possession of premises in Clay County, Missouri known as Walmart Store #234 at 8301 N. Church Road, Kansas City, MO 64158.   Defendants operated a retail store at that address, commonly known as Wal-Mart Supercenter #234.

## <u>COUNT I --- PERSONAL INJURY CLAIM OF<br>PLAINTIFF DAISY REDMOND</u>

10.     On or about October 8, 2023, while plaintiff Daisy Redmond was shopping at the store, her left leg slipped behind her on a liquid substance that was approximately 6 to 8 inches in diameter on the floor.

11.     As a direct and proximate result of the substance on the aisle floor and the plastic bins that were located on the upper shelves, plaintiff Daisy Redmond pulled what she thought at the moment was a muscle at most.

12.     At all relevant times hereto, defendants did owe certain duties to plaintiff Daisy Redmond, including the duty to act in a reasonable, cautious and prudent fashion so as to prevent plaintiff Daisy Redmond from being injured at their store.   Those duties did include the responsibility for preventing any wet spots being present on the store floor in areas where customers would be walking and avoiding any overhead sources of moisture which could drip on the floor and cause it to become wet and slippery.

13.     Defendants had a duty to keep the premises in a condition that was reasonably safe and free of dangerous conditions, and knew or should have known of the dangerous and unsafe condition at issue herein.   Instead, they allowed the dangerous and unsafe condition to be created, and failed to use ordinary care to make the area safe, to prevent leaks of water onto the walking surface, to remove the liquid, to barricade the area, to secure the water sources in the ceiling, to avoid water leaks, and to warn of dangerous and unsafe conditions.

8

14.     As a direct and proximate result of the negligence of defendants, plaintiff Daisy Redmond suffered foreseeable injuries to her knee, leg, hip, pelvis, and other parts of her body in a fall that was caused by the conditions of the premises in the area where she was shopping.   Plaintiff's injuries are severe, permanent and progressive in nature.   Plaintiff has experienced, is experiencing, and will in the future experience severe pain, mental anguish, disruption of natural and normal sleep patterns and alterations to her lifestyle. She has been, and in all probability in the future will be required to expend monies for medical care and medical care devices, necessitated by the injuries described above.   As a direct result of everything mentioned above, plaintiff Daisy Redmond has suffered actual damages.

15.     As a direct result of such failures, plaintiff Daisy Redmond was caused to suffer and sustain severe and disabling injuries and has in the past and will in the future require medical treatment.   Here injuries are permanent in nature and are expected to create pain and suffering in her body for the rest of her natural life.

16.     Set out below are the details of the injury and the treatment therefor and the costs involved in having that treatment provided.

### ¶ 17(a)   **The Basic Facts**

The incident at issue here took place in the Walmart store located at 8301 N. Church Rd, Kansas City, Missouri 64138.   Mrs. Redmond and her husband regularly shop there.   Mrs. Redmond was there on October 8, 2023. As she was shopping, her left foot slipped behind her on some water/wetness/moisture was there on the floor.

The source of that water is known.   Ceiling tiles in the photographs reveal an area of drop in the ceiling tiles and ceiling grids (presumably steel or

9

more likely aluminum).   There was a brown water stain approximately 1 foot in diameter in that ceiling tile area.   This was directly above where the water had accumulated on the floor that caused Mrs. Redmond to slip and suffer the injuries.   Specifically, as she was shopping, her left foot slipped behind her on water which was there on the floor --- directly below the brown stain area in the ceiling.   The circular outline of the moisture on the floor was about 6" to 8" in diameter.   After the slip, the mark left on the floor was about 1 foot in length.

The immediate areas of pain were:

- Groin pain at the top of the left leg

- Pain sensed deep into the hip

- Pain experienced through to the left buttock.   That pain caused her to bend over.

The pain was basically immediate, very intense, and lasting.   She and her husband had both decided that whatever happened was something which needed medical attention.   Now, I will narrate the various sections of the enclosed collection of records.

### ¶ 17(b) Physical Therapy with Dr. W. Jackson Redmond

Before the occurrence, Mrs. Redmond had been receiving physical therapy for arthritis and knee pain.   That physical therapy was conducted by Dr. W. Jackson Redmond [No kin to Mrs. Redmond].   Therapy was eventually added for the hip and groin area.   Unfortunately, this therapy did not help the injuries.   Relevant dates for physical therapy with Dr. Redmond included all of the following:

- Monday, September 26, 2023
- Tuesday, October 3, 2023
- Wednesday, October 11, 2023
- Wednesday, October 18, 2023
- Wednesday, October 25, 2023
- Friday, November 17, 2023
- Wednesday, November 30, 2023

10

**¶17(c) <u>Photographs</u>**

- The 1st picture shows an x on the walkway where Mrs. Redmond was at the time of the slip and the resultant leg extension.



11

- The 2nd picture is just the same as the first picture but with no X.



-

- The 3rd picture shows the area on the ceiling which was brown to the naked eye and which showed the area from whence the water had escaped & gone to the floor. This was never seen before the fall & injury.



13

- The 4th picture shows the same circled area on the ceiling as discussed above --- but closer up.



14

- The 5th picture again shows the area in the ceiling which had --- somewhat obviously --- been affected by the moisture.



-

- The 6th picture is one additional picture of the area on the ceiling from whence the water had escaped to the floor.



16

**¶ 17(d) Liberty Clinic/Dr. Rebecca Fisher**

On the very next day, October 9, 2023, Mrs. Redmond went to her primary care physician who was Dr. Rebecca Fisher at the Liberty Clinic.   Dr. Fisher's office notes include all of the following things:

- "Location of pain … Pt fell yesterday and is having lower Left Buttock and Left Inner Thigh Pain, Radiates down the leg, and hurts while moving and getting up and down."

Comments:  "Pt slipped and fell hurting her hip.   She felt immediate pain in her buttock.   The diagnosis included, "Left Hip Pain."   The next day it was noted that she was "walking with a limp."

Dr. Fisher recorded Mrs. Redmond's height as 5'8" and weighing 185.80 lbs.

Dr. Fisher's "Assessment" was "Acute pain of left hip."   X-rays were performed, and no fractures were located.   Dr. Fisher basically wrote out the following "Provider Plan":

"1.   Assessment.   Acute pain of left hip…
  ➢ Provider Plan.   x-rays normal continue symptomatic care

  ➢ consider physical therapy if not improving."

Plan Orders:   Further diagnostic evaluations ordered today include(s) Xray Hip 2-3 views Left to be performed."

**¶ 17(e) Liberty Hospital**

The Liberty Hospital records address the pre-existing treatment for knee pain and then (after the fall) expanding treatment to deal with the hip issues that happened as of October 8, 2023.

**¶ 17(f) Dr. Joshua Niemann**

Dr. Joshua Niemann is an orthopedic surgeon with a specialty area of the human hip.   On Tuesday, December 14, 2023, Mrs. Redmond saw Dr. Joshua Niemann for her hip.   He ordered an MRI with contrast because he thought that something had possibly been torn.   He also told her that she would need surgery if something was in fact torn.

17

Dr. Niemann's notes included the following things:

- "A plan was made to have an MRI arthrogram of the left hip. Dr. Niemann did write the following in his own review of the x-rays of the left hip that had been previously performed:

  ➢ Minimal osteoarthritic changes.

  ➢ Small acetabular osteophyte with mild cam deformity of the femoral head."

He wrote that there was a "Suspected labrum tear," and he was exactly right. There was in fact a discovery made of a labrum tear that had taken place. Dr. Niemann noted that "The pain ha[d] been present for 2 months."

Also, the following notations were made:

"The hip pain occurs at night, occurs with activity, accrues with prolonged sitting, and worsens with weight-bearing. The hip pain is described as aching, dull, radiating, and sharp and is associated with back pain, groin pain, limited ROM of hip, limited ROM of knee, limping, difficulty arising from a seated position, difficult in getting into and out of car, and thigh pain. The hip pain was/is 7 out of 10 currently. She reports functional limitations."

In describing the "Physical Therapy", Dr. Niemann wrote the following:

"This intervention will usually focus on stretching and strengthening of the hip and surrounding musculature. An underlying goal is to restore range of motion and to prevent falls."

All of this led to that plan to have an MRI arthrogram.

The MRI eventually took place on January 17, 2024. Two days later, on January 19, 2024, Dr. Niemann's office called to inform Mrs. Redmond that she had a labrum tear and would have to be referred out to a doctor that specializes in such tears.

### ¶ 17(g)  Dr. Cody Harlan

Mrs. Redmond was referred to Dr. Cody Harlan for surgery.   The referral was made by Dr. Joshua Niemann.

The first appointment with Dr. Harlan was on February 7, 2024.

> Dr. Cody Harlan
> Kansas City Center for Hip Preservation + Sports Medicine
> 10161 N. Ambassador Dr.
> Kansas City, MO 64153
> 816-691-3091.

At the February 7th appointment, Dr. Harlan conducted a full examination of the affected area.   Dr. Harlan also reviewed the x-rays and MRI that had been previously taken.   At that appointment, Dr. Harlan acknowledged that surgery would be required to correct the injury from the incident.

Mrs. Redmond reported that she had not had any injections for the hip pain.   She also reported that, "...her hip pops occasionally."

Dr. Harlan's notes at the Kansas City Center for Hip Preservation + Sports Medicine stated the following for the February 7, 2024 visit:

> "[Regarding]...left groin pain.   She suffered a slip while in Walmart and had the sudden onset of left groin pain that has not resolved...Recent MRI's suggest a labral tear of her left hip.   She describes significant discomfort when seated.   Also has had to cut back on all exercise activity and she is typically quite...active.   She works at a gym and has been unable to participate other than observation."

The painful areas were described as her "groin, posterior (buttock)."   She related that she was experiencing "moderate-to-severe hip pain that is worsened by flexion activities...that has significantly limited [her] activities." Mrs. Redmond has been unresponsive to conservative therapy for at least 6 months (including activity modifications, restriction of athletic pursuits and avoidance of symptomatic pain, schedule NSAIDS, use of assistive device when appropriate)."

Mrs. Redmond told Dr. Harlan the following:

> "With regard to her physical therapy experience, she reports that it did not help, in fact, it was aggravating."

19

The MRI of the left hip revealed:

> "No evidence of arthritis or loss of cartilage, CAM lesion alpha angle measures > 50 degrees, antero-superior labral tear."

Dr. Harlan's further observations were as follows:

- "**There is GREATER THAN 2MM OF JOINT SPACE present**."

- "Pistol grip deformity left hip: there is the presence of head-neck offset of [her] left hip on the lateral radial graph."

- "The findings of her x-rays are consistent with the presence of mixed-type femoro-acetabular impingement of the left hip."

- "The findings of her MRI are consistent with the presence of mixed-type femoro-acetabular impingement of the left hip."

- "MRI left hip also reveals an antero-superior acetabular labral tear."

- "Impression: Symptomatic femoro-acetabular impingement left hip with labral tear."

Dr. Harlan noted that the recent MRI revealed an "antero-superior labral tear." Dr. Harlan also noted that, "the findings of her x-rays are consistent with the presence of mixed-type femoro acetabular impingement of the left hip." Furthermore, Dr. Harlan observed an "MRI left hip...antero-superior acetabular labral tear." He further noted that, "this patient has been unresponsive to conservative therapy for at least 3 to 6 months (including activity modifications, restriction of athletic pursuits, and avoidance of symptomatic motion)." He concluded that there was, "FAI/labral tearing as the source of...hip pain." He also wrote that, "...this patient's clinical history, objective findings, and the associated imaging studies of her left hip are consistent with a symptomatic labral tear. She has a documented loss of hip function secondary to a confirmed diagnosis of a labral tear to the extent which has interfered with [her] ability to carry out age appropriate activities of daily living and/or demands of employment."

Dr. Harlan's conclusion was that there should be "left hip arthroscopy with labral repair and impingement correction for labral healing."

Surgery was scheduled for April 8, 2024. A physical therapy order was entered on March 29, 2024. The plan was for physical therapy to start "within 3 days of surgery."

The physical therapy order indicated that Mrs. Redmond "...will undergo left hip arthroscopy, with correction of left hip impingement, +/- labral repair and/or PSOAS release." The order indicated that there was to be therapy 2-3 times weekly for 6-8 weeks. She was prescribed a hip brace to be worn at all times except for: sleep, hygiene and PT visits for 30 days post-operative.

¶ 17 (h) The **OPERATIVE REPORT** for April 8, 2024 set out the following basic parameters:

Pre-Operative Report

Post-Operative Diagnosis Procedures Performed

There were 2 basic implants, specifically 2 separate 3.0mm Speed Lock Hip Anchors from Smith & Nephew. During the surgery, the combined impingement findings with labral tearing were confirmed. After the surgery, the following procedure WAS PERFORMED:

"Left PENG block for post-operative pain relief."

Dr. Harlan noted that the "combined impingement findings with labral tearing was confirmed." Here is the further description of Dr. Harlan:

> "The labrum was teased away from leading edge of acetabulum `through its region of tearing. Once complete, this exposed a prominent rim of acetabular bone that was removed with arthroscopic bone cutter. Once the acetabuloplasty was completed through a separate more distal stab incision, three separate suture anchors were placed with good repair of her labral tear."

Mrs. Redmond did return for a post-operative examination on April 24, 2024. She had been given a hip brace that was worn for several weeks after the surgery.

An examination was conducted on April 24, 2024 and the following observations were recorded at that time:

- "Examination of the operative extremity reveals all portal sites are healing well without evidence of

infection. Extremity is grossly neurovascularly intact."

- Also, "Daisy was additionally consulted to continue to wear the brace that was prescribed and she started wearing the day after surgery for a full 4 weeks postop unless otherwise counseled.

She was examined again on June 12, 2024 with positive evaluation of the recent hip arthroscopy.

Dr. Harlan's office notes dated February 7, 2024 reached all of the following conclusions:

## Plan:

Clearly this patient's clinical history, objective findings, and the associated imaging studies of her left hip is consistent with symptomatic femoro-acetabular impingement. She has failed conservative measures. These conservative measures include, but are not limited to: activity modification/failed 6 weeks of provider directed physical therapy over the last 3 months, failed OTC medication (NSAIDS and/or Tylenol), and a period of rest of at least 6 weeks and at least 3 months of continued symptoms.

She has a documented loss of hip function secondary to a confirmed hip impingement to the extent which has interfered with his ability to carry out age appropriate activities of daily living and/or demands of employment.

Additionally, this patient's clinical history, objective findings, and the associated imaging studies of her left hip are consistent with a symptomatic labral tear. She has a documented loss of hip function secondary to a confirmed diagnosis of a labral tear to the extent which has interfered with his ability to carry out age appropriate activities of daily living and/or demands of employment.

Daisy has undergone a reasonable course of non-surgical care which includes but is not limited to: ice, relative rest/activity modification, medications (e.g., anti- inflammatories, injections (steroid) and/or physical therapy).

I believe she is an excellent candidate for left hip hip arthroscopy with labral repair and impingement correction for labral healing.

Surgery by Dr. Harlan was done at Surgicenter of KC, LLC.

### ¶ 17(i)  Dr. W. Jackson Redmond, Physical Therapy

Mrs. Redmond received physical therapy from Dr. W. Jackson Redmond [who is no kin to Mrs. Redmond]. She specifically received physical therapy from Dr. Redmond from April 11 through July 10, 2024.

22

Records from Liberty Hospital Sports Medicine start with November 11, 2023.   The focus during the earlier examinations included knee pain.   However, as early as October 11, 2023, there is specific mention of this:

> "...after slipping she states glute soreness after being evaluated by MD."

On October 18, 2023, the report included this:

> "Pt presents to PT today feeling good reporting some soreness in her R quad tendon and L glut from previous fall."

On October 25, 2023, the physical therapy notes state that Mrs. Redmond was "...continuing to report L Glut pain from her slip and previous fall."

On November 8, 2023, the following note was entered by the physical therapy staff:

> "She reports no knee pain but only L glut pain and L hip pain" ...L glut pain from her slip and previous fall."

On November 17, 2023, the notes stated the following:"

> "There were once again complaints of L glut pain and L hip pain."

A Physical Therapy Progress Note from Liberty Hospital Sports Medicine dated July 5, 2024 reported on her progress after the L hip labral repair performed on 04/08/24.   On July 5, 2024, Mrs. Redmond reported that, "Regarding her hip she states consistent improvement with IADL's and home workouts."   There was much physical therapy being reported as of that date.

Through the multiple appointments, there was regular progress made.   However, Mrs. Redmond has never been rendered pain-free.   There remains yet today occasional, residual pain in the surgical area.   Our best belief is that will be with her for the rest of her life.   Mrs. Redmond was born on October 1, 1980.   She is now 43 years of age.   She has a life expectancy of 38.33 years.   Therefore, what happened to her in the Walmart store that day will be a continuing problem of hers until the year 2062.   That is what the jury would be told if this case were to go to trial.

During this entire surgery and therapy process, Mrs. Redmond was not able to physically work at the demands of her job.

# **TIMELINE**

In order to be certain and clear about the dates and events, here is a timeline starting with the injuries on Sunday, October 8, 2023 at Walmart.

- Slip on water/clear fluid causing the left leg to slip behind Mrs. Redmond while still in the store, she was bent over from pain.

Monday, October 9, 2023

- Visit to Liberty Clinic with primary care physician Dr. Rebecca Fisher.   X-rays of hip and pelvis were taken, and muscle relaxers were prescribed.   Those muscle relaxers did not give any relief.

Mrs. Redmond was receiving physical therapy for her knees.   The therapist tried to help with the hip as well.   A request was made for referral to a doctor dealing with hip injuries.

- Physical therapy dates with Dr. W. Jackson Redmond [no kin] 398 Blue Jay Dr., Liberty, MO  64068 (816) 407-2315.

    - Monday, September 26, 2023
    - Tuesday, October 3, 2023
    - Wednesday, October 11, 2023
    - Wednesday, October 18, 2023
    - Wednesday, October 25, 2023
    - Friday, November 17, 2023
    - Wednesday, November 30, 2023

- Friday, December 1, 2023 --- a call was made to the office of Dr. Joshua Niemann for appointment regarding hip.

- Tuesday, December 14, 2023 --- Dr. Niemann ordered an MRI with contrast because he thought that something possibly was torn.

- Monday, January 15, 2024 --- there was some delays because of computer system problems.   On this day, Liberty Hospital called to schedule the MRI.

- Wednesday, January 17, 2024 --- Liberty Hospital, 2525 Glenn Hendren Dr., Liberty, MO 64068 (816) 781-7200. Appointment for MRI with contrast.

24

- Friday, January 19, 2024 --- Dr. Niemann's office called Mrs. Redmond with the report of a labrum tear.   Any information that a referral would need to be made to a specialist.

- Tuesday, January 23, 2024 --- call from Dr. Cody Harlan's office (a surgeon) to make an appointment regarding the labrum tear.   Appointment was made for Wednesday, February 7, 2024 with Dr. Cody Harlan, 4901 NW 63rd Terrace, #120, Kansas City, MO 64151 (816) 995-0204.

- Wednesday, February 7, 2024 --- Dr. Cody Harlan reviewed the MRI and x-ray images and determined that Mrs. Redmond did need surgery.

- Thursday, March 28, 2024 --- visit to Dr. Harlan's office to fit for the brace to be used after surgery.

- Monday, April 8, 2024 --- day of surgery with Dr. Cody Harlan at Surgicenter, 701 E. 101st Terrace, Kansas City, MO 64131.

- Thursday, April 11, 2024 --- Dr. W. Jackson Redmond [no kin], 398 Blue Jay Dr., Liberty, MO  64068 (816) 407-2315. Physical therapy started on this day with Dr. Redmond, a physical therapist.   Physical therapy appointments continued thereafter on the following dates.

  ➢ Thursday, April 11, 2024 @ 10:45 a.m.
  ➢ Monday, April 15, 2024 @ 3:45 p.m.
  ➢ Wednesday, April 17, 2024 @ 10:30 a.m.
  ➢ Wednesday, April 24, 2024 @ 4:30 p.m.
  ➢ Thursday, May 2, 2024 @ 5:15 p.m.
  ➢ Monday, May 6, 2024 @ 5:15 p.m.
  ➢ Thursday, May 9, 2024 @ 5:15 p.m.
  ➢ Wednesday, May 15, 2024 @ 3:45 p.m.
  ➢ Friday, May 17, 2024 @ 3:34 p.m.
  ➢ Monday, May 20, 2024 @ 3:35 p.m.
  ➢ Thursday, May 23, 2024 @ 3:45 p.m.
  ➢ Thursday, May 30, 2024 @ 3:45 p.m.
  ➢ Monday, June 3, 2024 @ 3:35 p.m.
  ➢ Thursday, June 5, 2024 @ 3:45 p.m.
  ➢ Monday, June 10, 2024 @ 5:15 p.m.
  ➢ Wednesday, June 19, 2024 @ 10:30 a.m.
  ➢ Wednesday, June 26, 2024 @ 10:30 a.m.
  ➢ Wednesday, July 3, 2024 @ 10:30 a.m.
  ➢ Wednesday, July 10, 2024 @ 10:30 a.m.

> ➢ Also had to purchase equipment to work on physical therapy at home --- 7 days a week, 1-2 times per day.

- Wednesday, April 24, 2024 --- after-surgery checkup with Dr. Cody Harlan, 4901 NW 63rd Terrace, #120, Kansas City, MO 64151 (816) 995-0204.

- Wednesday, June 12, 2024 --- 2 month checkup and last checkup with Dr. Cody Harlan.

- Items Purchased:
  > ➢ Hip ice pack --- $25.00
  > ➢ Massage gun --- $38.48
  > ➢ Booty bands & ball --- $14.28
  > ➢ Roller & vitamin C oil --- $19.55

- Day-to-day affects on Mrs. Redmond after surgery.

  > ➢ Walk with a limp 80% of the day.
  > ➢ Pain level – daily at 8 on a scale of 0 to 10 – it can reach 12+, causing tears a few times per week.

- On-going limitations in relationship with husband and shopping activities and going up and down stairs at home. Sleep patterns affected and interrupted as are home chores such as laundry.

- Quit job because of inability to keep up.

- Summer vacation cancelled.

- Had to purchase a massage gun on Amazon for the left leg since the hamstring tightens up from the injury.

- A hip ice pack was purchased on Amazon to help with the pain after the surgery.

- Had to purchase a massage roller, ball and booty bands for physical therapy.

- Purchased Vitamin C oil for scars.  Scars were very hard and tender.

Electronically Filed - CLAY - February 05, 2025 - 12:40 PM

**18. Medical Bills**

<div style="border: 2px solid navy; background-color: lightblue; text-align: center;">

# MEDICAL BILLS
# OF
# DAISY REDMOND

</div>

**[DOI: 10-08-2023]**                                    **[Created 09-09-2024]**

## Provider                                    ## Charge

**Liberty Clinic**

| Date | Description | Charge |
|------|-------------|--------|
| 10/09/2023 | ENCOUNTER 2560843 FOR REDMOND DAISY WITH FISHER MD, REBECCA A | |
| 10/09/2023 | 90686 – IIV4 VACC PRESRV FREE 0.5 ML | $ 40.00 |
| | X-RAY EXAM HIP UNI 2-3 VIEWS | $ 148.00 |
| | 99214 – OFFICE/OUTPATIENT VISIT EST | $ 216.00 |
| | | **$ 404.00** |
| 12/12/2023 | **ENCOUNTER 522732 FOR REDMOND DAISY WITH NIEMANN MD, JOSHUA** | **$ 153.00** |
| 02/01/2024 | Office Visit | **$ 396.00** |
| 02/05/2024 | Medical Services | $ 30.00 |
| | Medical Services | $ 20.00 |
| | Medical Services | $ 55.00 |
| | | **$ 105.00** |
| 02/07/2024 | Office Visit | **$ 400.00** |
| 05/20/2024 | 99396 – PREV VISIT EST AGE 40-64 | **$ 245.00** |
| 06/24/2024 | ZVoid Charge | $ 313.00 |
| | 36415 – ROUTINE VENIPUNCTURE | $ 15.00 |
| | | **$ 328.00** |

**Liberty Hospital**

| Date | Description | Charge |
|------|-------------|--------|
| 11/03/2023 | Pharmacy | $ 688.00 |
| | Laboratory | $ 73.00 |
| | Lab/Chemistry | $1,046.00 |
| | Lab/Hematology | $ 355.00 |
| | Lab/Urology | $ 57.00 |
| | X-ray of Chest | $ 393.00 |
| | CT scan/head | $8,004.00 |
| | Phys Therp Eval | $ 278.00 |
| | Occup/Eval | $ 278.00 |

|  |  |  |
|---|---|---|
|  | Emergency Room | $4,191.00 |
|  | EKG/ECG | $ 528.00 |
|  |  | **15,891.00** |
| 11/04/2023 | Echocardiology | $3,652.00 |
|  | MRI of brain | $2,569.00 |
|  |  | **$6,221.00** |
| 11/3-4/2023 | Observation Room | **$2,484.00** |
| 01/17/2024 | Gadobutrol 0.1ml Inj | $ 4.00 |
|  | Gadobutrol 0.1ml Inj JW | $ 24.00 |
|  |  | $ 28.00 |
|  | **0320 CW/X-RAY** |  |
| 01/17/2024 | Hip Arthrogram | **$ 646.00** |
|  | **0610 MRI** |  |
| 01/17/2024 | MRI Le Joint W C | **$3,349.00** |
| 02/20/2024 | Minute Clinic – Office Visit | **$ 139.00** |
| 02/21/2024 | Medical services | **$ 479.00** |
| 04/11/2024 | Physical Therapy/Evaluation | **$ 289.00** |
| 07/5, 12, 18/2024 | Physical Therapy | **$1,251.00** |

**A Oyelere Medical Services**

|  |  |  |
|---|---|---|
| 12/19/2023 |  | **$ 138.00** |

**Alliance Radiology**

|  |  |  |
|---|---|---|
| 01/17/2024 | Surgery | $ 530.64 |
| 01/17/2024 | Radiology Services | $ 111.00 |
| 01/17/2024 | Radiology Services | $ 269.68 |
| 02/01/2024 | Diagnostic Services | $ 155.00 |
|  |  | **$1,066.32** |

**Laboratory Corp**

|  |  |  |
|---|---|---|
| 02/19/2024 | Laboratory Services | $ 50.23 |
|  |  | $ 46.53 |
|  |  | $ 35.03 |
|  |  | $ 187.74 |
|  |  | $ 79.63 |
|  |  | **$ 399.16** |
| 02/19/2024 | Laboratory Services | $ 245.53 |
|  |  | $ 125.83 |
|  |  | $ 122.68 |

28

|  |  |  |
|---|---|---|
|  |  | $     40.78 |
|  |  | $     97.48 |
|  |  | $     28.16 |
|  |  | **$   660.46** |

**KC Hip Preservation
& Sports Medicine**

| 02/07/2024 | Office O/P New Low 3 min | $    400.00 |
|---|---|---|
| 04/08/2024 | Office Visit | $ 1,340.00 |
|  | Ho post-op hip abduction | $    995.00 |
|  | Hip joint adjustable flexion | $    345.00 |
|  | Hip Arthro w/femoroplasty | $ 4,400.00 |
|  | Hip Arthro acetabuloplasty | $ 4,400.00 |
|  |  | **$11,880.00** |

**SURGICENTER OF K.C.**

| 04/08/2024 | Arthroscopy Hip w/ Acetabuloplasty | $38,316.00 |
|---|---|---|
|  | Arthroscopy Hip w/ Femoroplasty | $38,316.00 |
|  | Injection, Anesthetic Agent, Femo | $ 5,257.00 |
|  | Anchor/Screw/Plate | $ 3,175.00 |
|  |  | **$85,064.00** |

**0420   PHYSICAL THERAPY**

| 04/11/2024 thru |  |  |
|---|---|---|
| 06/26/2024 | PT THX STR FLEX ROM | $ 6,785.00 |

**0424   PHYSICAL THERAPY/EVAL**

| 04/11/2024 | PT EVAL MOD COMPLEX 30 MI | $  289.00 |
|---|---|---|
| 07/05/2024 | PT THX STR FLEX ROM | $  417.00 |
| 07/12/2024 | PT THX STR FLEX ROM | $  417.00 |
| 07/18/2024 | PT THX STR FLEX ROM | $  417.00 |
|  |  | **$1,540.00** |

## TOTAL MEDICAL BILLS                    $140,340.94

  **WHEREFORE**, plaintiffs pray that the Court enter a judgment against defendants for plaintiff Daisy Redmond's actual damages in such amount as is fair and reasonable and for her costs incurred herein.

29

Electronically Filed - CLAY - February 05, 2025 - 12:40 PM

## COUNT II --- CONSORTIUM CLAIM OF PLAINTIFF ANDREW REDMOND

19.     The consortium claim of Mr. Redmond includes all of the following things:

a.   Mr. Redmond took on more household duties that Daisy could not accomplish.

b.  Mr. Redmond's responsibilities included driving Mrs. Redmond to and from medical appointments, retrieving medicine from local pharmacies, and making sure she was not in discomfort.

c.   Household duties were paying bills, cleaning, cooking, and general upkeep of the home.

d.  He struggled to make sure all the household responsibilities were being accomplished, as follows:

   (1)  Making sure their child continued to excel in school,
   (2)  By taking time out to work on homework,
   (3)  Worrying about our daily schedules, and well-being for the family.
   (4)  Handling medical bills that were incurred as a result of this incident.

**WHEREFORE**, plaintiffs pray that the Court enter a judgment against defendants and in favor of plaintiff Andrew Redmond's actual damages in such amount as is fair and reasonable and for his costs incurred herein.

HUBBARD & KURTZ, L.L.P.

BY ____/s/   John Kurtz_____
       JOHN KURTZ              #25659
1718 Walnut
Kansas City, Missouri  64108
(816) 467-1776
(816) 472-5464 (Fax)
jkurtz@MoKanLaw.com

ATTORNEYS FOR PLAINTIFFS

30

Electronically Filed - CLAY - February 05, 2025 - 12:40 PM

**IN THE CIRCUIT COURT OF CLAY COUNTY**
**STATE OF MISSOURI**

DAISY REDMOND and )
ANDREW REDMOND )
812 Plumrose Drive )
Liberty, MO  64068 )
                **Plaintiffs** )
    v. )       **Case No.**
 )
**WAL-MART REAL ESTATE BUSINESS** )
**TRUST** )
     **SERVE  AT:** )
     **[address provided by** )
         **Mo. Sec. State]** )
     **3200 Lusk Drive** )
     **Neosho, Missouri  64850-2028** )
 )
**WAL-MART STORES EAST LP** )
     **SERVE  AT:** )
     **702 SW 8th St** )
     **Bentonville, AR 72716** )
 )
**WAL-MART STORES, INC.** )
**Parent Company of** )
**WAL-MART STORES EAST, INC. d/b/a** )
**Now known as Wal-Mart Stores East,** )
**LLC,WALMART SUPERCENTER #234** )
     **SERVE  AT:** )
     **REGISTERED AGENT:** )
     **C T CORPORATION SYSTEM** )
     **5661 Telegraph Rd Ste 4B** )
     **Saint Louis, MO 63129-4275** )
 )
**WALMART  INC.**  **d/b/a** )
**WALMART SUPERCENTER #234** )
**[Mo. Secretary of State #F00148861** )
**Wal-Mart Stores, Inc. (previous name]** )
     **SERVE AT:** )
     **REGISTERED AGENT** )
     **CT CORPORATION SYSTEM** )
     **5661 Telegraph Rd, Ste 4B** )
     **Saint Louis, MO 63129-4275** )

**WAL-MART STORES EAST I, LP** )
**f/k/a  WAL-MART STORES, INC.** )
**d/b/a  WALMART SUPERCENTER #234** )
    **SERVE  AT:** )
    **REGISTERED AGENT** )
    **C T CORPORATION SYSTEM** )
    **5661 Telegraph Rd Ste 4B** )
    **Saint Louis, MO 63129-4275** )
     )
**and** )
     )
**BRADLEY  KEITH  JOHNSON** )
    **SERVE  AT:** )
    **6440 NW Forest Ct** )
    **Kansas City, MO 64152** )
     )
              **Defendants** )

## CERTIFICATE OF FILING OF DISCOVERY

I hereby certify that the following discovery, along with a copy of this document were filed with this lawsuit so as to be served therewith upon defendants:

    (1)    Plaintiffs' Opening Interrogatories to Defendants.

    (2)    Plaintiffs' First Request for Production of Documents to Defendants.

        HUBBARD & KURTZ, L.L.P.

        BY ____/s/   John Kurtz_____
             JOHN KURTZ       #25659
        1718 Walnut
        Kansas City, Missouri  64108
        (816) 467-1776
        (816) 472-5464 (Fax)
        jkurtz@MoKanLaw.com
        ATTORNEYS FOR PLAINTIFFS

2



# Summons in Civil Case

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | |
| Defendant/Respondent:<br> WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

**The State of Missouri to:** **BRADLEY KEITH JOHNSON**
**Alias:**

**6440 NW FOREST CT**
**KANSAS CITY, MO 64152**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CLAY COUNTY*

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-157**   1 of 2 (25CY-CV01703)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 33 of 49

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____

                                                      Date                              Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (10-24) SM30 (SMCC) *For Court Use Only* **Document ID # 25-SMCC-157**   2 of 2 (25CY-CV01703)   Civil Procedure Form No. 4, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 34 of 49



# Summons in Civil Case

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | |
| Defendant/Respondent:<br>WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

The State of Missouri to:   WAL-MART STORES EAST I, LP
               Alias:  F/K/A WAL-MART STORES INC
               DBA:   WAL-MART SUPERCENTER #234

   CT CORPORATION SYSTEM
   5661 TELEGRAPH ROAD,
   STE. 4B
   SAINT LOUIS, MO 63129-4275

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CLAY COUNTY**

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-158**   1 of 2 (25CY-CV01703) / Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 35 of 49

# Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent

residence of the defendant/respondent with _____, a person at

least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____

                                       Date                            Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (10-24) SM30 (SMCC) For Court Use Only Document ID # 25-SMCC-158   2 of 2 (25CY-CV01703)   Civil Procedure Form No. 4, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW    Document 1-1    Filed 03/06/25    Page 36 of 49



# Summons in Civil Case

## IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | |
| Defendant/Respondent:<br> WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

The State of Missouri to:    WALMART INC.
　　　　　　　　　　　　　　　**Alias:**
　　　　　　　　　　　　　　　　　　**DBA:   WAL-MART SUPERCENTER #234**

**CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD,**
**STE. 4B**
**SAINT LOUIS, MO 63129-4275**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

### COURT SEAL OF

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

### CLAY COUNTY

**Further Information:**

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-159**   1 of 2 (25CY-CV01703)   Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 37 of 49

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                          Date                    Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (10-24) SM30 (SMCC) *For Court Use Only* **Document ID # 25-SMCC-159** 2 of 2 (25CY-CV01703) Civil Procedure Form No. 4, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 38 of 49



# Summons in Civil Case

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | |
| Defendant/Respondent:<br> WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

The State of Missouri to:    WAL-MART STORES, INC.
                    Alias:
                        DBA:  WAL-MART SUPERCENTER #234
                        DBA:  WAL-MART STORES EAST LLC

**CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD,**
**STE. 4B**
**SAINT LOUIS, MO 63129-4275**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*CLAY COUNTY*

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-160**   1 of 2 (25CY-CV01703) / 2   Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 39 of 49

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                   Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____

                                                                 Date                    Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 40 of 49



# Summons in Civil Case

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | |
| Defendant/Respondent:<br>WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

**The State of Missouri to:** **WAL-MART REAL ESTATE BUSINESS TRUST**
**Alias:**

**3200 LUSK DRIVE**
**NEOSHO, MO 64850-2028**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CLAY COUNTY*

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-161** 1 of 2 (25CY-CV01703) Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW Document 1-1 Filed 03/06/25 Page 41 of 49

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                 Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                              Date                          Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (10-24) SM30 (SMCC) *For Court Use Only* **Document ID # 25-SMCC-161** 2 of 2 (25CY-CV01703) *Civil Procedure Form No. 4*, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 42 of 49



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 |
|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 |
| Defendant/Respondent:<br>WAL-MART REAL ESTATE BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp for Return)

**The State of Missouri to:** WAL-MART STORES EAST LP
Alias:

**702 SW 8TH ST.**
**BENTONVILLE, AR 72716**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

***COURT SEAL OF***



***CLAY COUNTY***

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (10-24) SM60 (SMOS) *For Court Use Only:* **Document ID # 25-SMOS-26**   1  1 of  3   25CY-CV01703       SCB 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 43 of 49

## Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2.  My official title is _____ of _____ County, _____ (state).

3.  I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of

abode/permanent residence of the defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____(title).

☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____    _____
Printed Name of Officer or Server             Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

### Service Fees

Summons     $_____

Non Est     $_____

Mileage     $_____ (_____ miles @ $._____ per mile)

**Total     $_____**

See the following page for directions to officer making return on service of summons.

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

SJRC (10-24) SM60 (SMOS) *For Court Use Only* **Document ID # 25-SMOS-26** 3 of 3  25CY-CV01703)    SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case 4:25-cv-00160-BCW   Document 1-1   Filed 03/06/25   Page 45 of 49

Electronically Filed - CLAY - February 27, 2025 - 09:51 AM

## PLATTE COUNTY SHERIFF'S OFFICE

MARK OWEN
SHERIFF

415 Third Street, Suite 10 • Platte City, Missouri 64079 • Phone: (816) 858-2424 • Fax: (816) 858-3053

**Civil Process Worksheet**

| | | | |
|---|---|---|---|
| **Case Title** | DAISY REDMOND V. WAL-MART REAL ESTATE BUSINESS TRUST | **Process #** | C25-00215 |
| | | **Docket #** | 25CY-CV01703 |
| **Paper Type(s)** | Summons | **Case #** | 25CY-CV01703 |
| **Received** | 02/14/25 12:00 | | |
| **Expires** | 3/8/25 | | |
| **Court** | CLAY | | |
| **Subcourt** | | | |
| **Court Date** | | | |
| **Category** | Civil | | |
| **Assigned To** | Unassigned | | |
| **Status** | Incomplete | | |
| **Reason** | | | |

*CFS25-005411*

| **Plaintiffs** | **Contact Info** | **Defendants** | **Contact Info** |
|---|---|---|---|
| REDMOND, DAISY | | WAL-MART REAL ESTATE BUSINESS TRUST | |

| **Received From** | **Contact Info** | **Serve On** | **Serve On Info** |
|---|---|---|---|
| HUBBARD & KURTZ, LLP | 1718 WALNUT KANSAS CITY, MO 64108 | JOHNSON, BRADLEY KEITH | 6440 NW FOREST CT KANSAS CITY, MO 64152 |

| **Interested Parties** | **Contact Info** |
|---|---|
| | |

**Information**

| **Attempt Date** | **Incident #** | **Deputy** | **Outcome** |
|---|---|---|---|
| | | | |

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

**Date/Time:** _____ **Officer:** _____ **Notes:** _____

Electronically Filed - CLAY - February 27, 2025 - 09:51 AM

SHERIFF'S RETURN OF SERVICE

COUNTY OF PLATTE

CASE # 25CY-CV01703

STATE OF MISSOURI

1) By delivering on the _19th_ day of _FEB_ _____, 2025 a copy of the application/petition to the within named respondent/defendant _BRADLEY JOHNSON_ at the following location: _6440 NW FORES CT PARKVILLE MO_ _____ at _1109_ hours.

2) By leaving on the _____ day of _____ ,2025, for the within named respondent/defandant _____ of a copy of the application/petition and the order/summons at the respective dwelling place or usual place abode of said respondent / defendant with some person of his or her family over the age of 15 years_____, known to the respondent/defendant as_____ at the following location: _____ at _____ hours.

3) By making a proper and diligent search for and failing to find the within named respondent/defendant _____ at _____ for the reason that _____
on the _____ day of _____, 2025 at _____ hours.

4) By summoning as garnishee _____ at _____ by serving a copy of the execution and a copy of the summons to garnishee, on _____ on the _____ day of _____, 2025 at _____ hours.

5) By _____
_____
on the _____ day of _____, 2025 at _____ hours.

All done in my county of Platte, State of Missouri

Fee: $ _30.00_____
Mileage: $ _____
Postage: $_____
TOTAL DUE: $_____

ERIK G. HOLLAND, Sheriff
Platte County, Missouri

By: _____ A# _746_
Deputy Sheriff

RTN02 (01/02/2025)

Electronically Filed - CLAY - February 27, 2025 - 09:55 AM



*return*

# Summons in Civil Case

IN THE 7TH JUDICIAL CIRCUIT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 25CY-CV01703 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DAISY REDMOND<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WRAY KURTZ<br>1718 WALNUT<br>KANSAS CITY, MO 64108 | RECEIVED<br>FEB 14 2025<br>NEWTON COUNTY SHERIFF<br>NEOSHO, MO |
| Defendant/Respondent:<br>WAL-MART REAL ESTATE<br>BUSINESS TRUST | Court Address:<br>11 SOUTH WATER STREET<br>LIBERTY, MO 64068 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File<br>Stamp for<br>Return) |

The State of Missouri to:  **WAL-MART REAL ESTATE BUSINESS TRUST**
Alias:

**3200 LUSK DRIVE**
**NEOSHO, MO 64850-2028**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***



***CLAY COUNTY***

| 06-FEB-2025 | RHONDA L |
|---|---|
| Date | Clerk |

**Further Information:**

7756

SJRC (10-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-161**   1 of 2 (25CY-CV01703)     Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:25-cv-00160-BCW    Document 1-1    Filed 03/06/25    Page 48 of 49

Electronically Filed - CLAY - February 27, 2025 - 09:55 AM

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode/permanent residence of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

_Kristi Mein_ (name) _Asst. Manager_ (title).

☐ other: _____.

Served at _3200 Lusk Dr   Neosho_ (address)

in _Newton_ (County/City of St. Louis), MO, on _2-18-25_ (date)

at _10:33_ (time).

_____    _Deputy Bill Glazier N17_
Printed Name of Officer or Server    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                              Date              Notary Public

**Service Fees (if applicable)**
Summons                              $ _20_
Non Est                              $ _____
Sheriff's Deputy Salary
Supplemental Surcharge               $ _10.00_
Mileage                              $ _20_ (_____ miles @ $._____ per mile)
**Total**                            $ _50_

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.